**SLIPTRACK SYSTEMS, INC.,**
**Plaintiff–Appellant,**

v.

**STEELER METALS, INC. and Matt Surowiecki, Defendants– Appellees.**

**No. 05–1154.**

United States Court of Appeals, Federal Circuit.

Nov. 21, 2005.

Before NEWMAN, RADER, and DYK, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-

JUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36

**SOUTHWEST INVESTMENT COMPANY, INC., on behalf of itself and on behalf of First Louisiana Federal Savings Bank, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 05–5044.**

United States Court of Appeals, Federal Circuit.

Nov. 21, 2005.

Before NEWMAN, MAYER, and BRYSON, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36